IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHENIX LONGHORN, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:23-CV-477-RWS-RSP |
| | § |
| AU OPTRONICS CORPORATION and | § |
| HISENSE ELECTRONICA MEXICO, | § |
| S.A. de C.V., et al., | § |
| | § |
| Defendants. | § |

**ORDER**

The above-captioned action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636(b)(1). Now before the Court are (1) Defendants AU Optronics Corporation, Hisense Electronica Mexico S.A. de C.V., Hisense USA Corporation, and Hisense Visual Technology Co., Ltd.'s ("Defendants") Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 7,566,788 ("Non-Infringement Motion") (Docket No. 254) and (2) Plaintiff Phenix Longhorn, LLC's Motion for Partial Summary Judgment ("PSJ Motion") (Docket No. 259).

The Magistrate Judge entered a Report and Recommendation (Docket No. 411) on Defendants' Noninfringement Motion, recommending denial. *See* Docket No. 411 at 9. The Magistrate Judge entered a second Report and Recommendation (Docket No. 416) on Plaintiff's PSJ Motion, also recommending denial. *See* Docket No. 416 at 5. Neither party has filed objections to those Reports.

Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and

recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Reports and Recommendations of the Magistrate Judge. Upon such review, the Court has determined that the Reports of the Magistrate Judge are correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Reports of the Magistrate Judge (Docket Nos. 411, 416) are **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that Defendants' Non-Infringement Motion (Docket No. 254) is **DENIED**. It is further

**ORDERED** that Plaintiff's PSJ Motion (Docket No. 259) is **DENIED**.

**So ORDERED and SIGNED this 14th day of January, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE