**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PHENIX LONGHORN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, HISENSE ELECTRONICA MEXICO, S.A. de C.V., HISENSE USA CORPORATION, HISENSE VISUAL TECHNOLOGY, CO., LTD., and DOES 1–10,<br><br>Defendants.<br><br>AU OPTRONICS CORPORATION,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>PHENIX LONGHORN, LLC,<br><br>Counterclaim Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:23-CV-477-RWS-RSP |

**VERDICT FORM**

When answering the following questions, you are to follow the instructions I have given you in the Final Jury Instructions and follow the directions provided throughout this form. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein:

- "Phenix" refers to Plaintiff and Counterclaim-Defendant Phenix Longhorn LLC
- "AUO" refers to Defendant and Counterclaim-Plaintiff AU Optronics Corporation

- "Hisense Mexico" refers to Defendant Hisense Electronica Mexico, S.A. DE C.V.
- "Hisense USA" refers to Defendant Hisense USA Corporation
- "Hisense Visual" refers to Defendant Hisense Technology Co., Ltd.
- "Defendants" refers collectively to Defendants AUO, Hisense Mexico, Hisense USA, and Hisense Visual
- "The '305 Patent" refers to U.S. Patent No. 7,233,305
- "The '788 Patent" refers to U.S. Patent No. 7,557,788

# PART A: THE '305 PATENT

## INFRINGEMENT

**QUESTION 1. Direct Infringement of the '305 Patent by AUO under § 271(a)**

**Did Phenix prove**, by a preponderance of the evidence, that **AUO directly infringed** the '305 Patent under § 271(a) by making, using, offering to sell, or selling within the United States, or importing into the United States, products that practice the following claims?

| | YES (for Phenix) | NO (for AUO) |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |

**QUESTION 2. Direct Infringement of the '305 Patent by Hisense under § 271(a)**

**Did Phenix prove**, by a preponderance of the evidence, that **Hisense Mexico, Hisense USA, and/or Hisense Visual directly infringed** the '305 Patent under § 271(a) by making, using, offering to sell, or selling within the United States, or importing into the United States, products that practice the following claims?

| | YES (for Phenix) | NO (for Hisense) |
|---|---|---|
| Claim 1 | | ✓ |
| Claim 2 | | ✓ |

**QUESTION 3. Post-Suit Induced Infringement of the '305 Patent by AUO**

**Did Phenix prove**, by a preponderance of the evidence, that **AUO actively induced others to directly infringe** the following claims of the '305 Patent **after AUO received notice of this lawsuit on November 20, 2023**?

| | YES (for Phenix) | NO (for AUO) |
|---|---|---|
| Claim 1 | ________ | ✓ |
| Claim 2 | ________ | ✓ |

**QUESTION 4. Post-Suit Induced Infringement of the '305 Patent by Hisense**

**Did Phenix prove**, by a preponderance of the evidence, that **Hisense Mexico and/or Hisense Visual actively induced others to directly infringe** the following claims of the '305 Patent **after these defendants were notified of this lawsuit?** For Hisense Mexico, the notification date is May 15, 2024, and for Hisense Visual, the notification date is December 5, 2024.

| | YES (for Phenix) | NO (for Hisense) |
|---|---|---|
| Claim 1 | ________ | ✓ |
| Claim 2 | ________ | ✓ |

## INVALIDITY

**QUESTION 5. Invalidity of the '305 Patent Based on the Specification**

**Did Defendants prove**, by clear and convincing evidence, that the following claims of the '305 Patent lacks adequate written description in the specification?

| | YES (for Defendants) | NO (for Phenix) |
|---|---|---|
| Claim 1 | ✓ | |
| Claim 2 | ✓ | |

# PART B: THE '788 PATENT

## INFRINGEMENT

**QUESTION 6. Direct Infringement of the '788 Patent by AUO under § 271(g)**

**Did Phenix prove**, by a preponderance of the evidence, that **AUO directly infringed** the '788 Patent under § 271(g) by importing into the United States, or offering to sell, selling, or using within the United States, products made by the process recited in Claim 1 of the '788 Patent?

| | YES (for Phenix) | NO (for Defendants) |
|---|---|---|
| Claim 1 | ________ | ✓ |

## INVALIDITY

**QUESTION 7. Invalidity of the '788 Patent Based on the Specification**

**Did Defendants prove**, by clear and convincing evidence, that the following claim of the '788 Patent lacks adequate written description in the specification?

| | YES (for Defendants) | NO (for Phenix) |
|---|---|---|
| Claim 1 | ________ | ✓ |

## PART C: DAMAGES

**Answer the following Question 8 only if you found any claim of either Asserted Patent infringed and NOT invalid:**

**QUESTION 8. Damages for Infringement by Defendants**

**What amount, if any, did Phenix prove**, by a preponderance of the evidence, that it is entitled to as a reasonable royalty for Defendants' infringement?

$________________

## PART D: WILLFULNESS

**QUESTION 9. Post-Suit Willful Infringement by AUO**

**Answer this question only if you found any claim of either Asserted Patent infringed and NOT invalid:**

**Did Phenix prove**, by a preponderance of the evidence, that AUO's infringement **after November 20, 2023**, was willful?

YES (for Phenix) ____________ NO (for AUO) ____________

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your **unanimous** determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this 23rd day of January, 2026.

[redacted]

Jury Foreperson